149 U.S. 786, 13 S.Ct. 1052 .

## THE SAN DIEGO v. UNITED STATES.

### No. 1,268.

Supreme Court of the United States.

Jan. 3, 1893.

The Attorney General, for the United States.

No opinion. Docketed and dismissed, on motion of the solicitor general, for appellee.